UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-cr-00147-2 |
| SABRINA BOBLETT, | ) | |
| Defendant. | ) | |

## ORDER

Michael Holley was appointed to determine if Defendant was entitled to relief under the First Step Act. (Doc. No. 466.) After review of Defendant's request for review of sentence, counsel filed notice that Defendant was not eligible for relief sought. Defendant has now filed a pro se Motion for Compassionate Release (Doc. No. 501) and the Court requests Mr. Holley to determine whether the Defendant may be entitled to relief. Upon completion of the review, counsel shall either file a supplemental motion for relief, or file a notice stating the defendant does not intend to proceed further on the request on or before **September 9, 2020.** If a motion for relief is filed, (1) the defendant shall notify the Chief of Pretrial and Probation, and (2) the government shall within **seven (7) days** respond to Defendant's motion and file the defendants' medical records with the Court, under seal. Defendant may file a reply within **five (5) days** of the government's reply.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE