UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | NO. 3:16-cr-00147-2 |
| SABRINA BOBLETT, | ) ) ) |  |
| Defendant. | ) |  |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Sabrina Boblett's Motion and Supplemental Motion for Compassionate Release (Doc. Nos. 501 and 514) are **DENIED**.

IT IS SO ORDERD.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE